### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANNABELLE DAVIS CLINTON IMBER,** *et al.*                    **PLAINTIFFS**


**v.**                    **CASE NO. 4:25-CV-00479-BSM**

**FLYWHEEL ENERGY LLC,** *et al.*                    **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE